Raymond G. Ballister, Jr. SBN: 111282
Mark Potter SBN: 166317
CENTER FOR DISABILITY ACCESS
9845 Erma Road, Suite 300
San Diego, California 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff Juan Moreno

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Nelson W Quan, in his individual and representative capacity as Trustee; Helen L. Quan, in her individual and representative capacity as Trustee; Quan Service Center, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.  CV12-08006 CAS (FMOx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION JS-6**<br><br>Complaint Filed: June 20, 2012<br>Trial Date:　　　None Set |

Having reviewed the stipulation of the parties for dismissal of this action with prejudice and finding good cause thereon,

IT IS ORDERED that this action be dismissed in its entirety and as to all parties, claims and causes of action with prejudice, with Plaintiff and Defendants to each bear their own costs, attorneys' fees and expenses incurred against one another.

**IT IS SO ORDERED.**

Dated:  September 27, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE